Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
2019 NOV 20 AM 11: 35
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Antonia Sophie Richmond
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Florida Health Department
Polk County Health Department
Joy Jackson
Leroy Dux
Lisandra Sanchez-Crespo
Tammy D_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:19 cv 2865 T 36 AAS
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Antonia S. Richmond
Street Address: 237 Majestic Gardens Lane
City and County: Winter Haven, Polk County
State and Zip Code: Florida 33880
Telephone Number: (863) 608-8671
E-mail Address: cntonia@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Florida Health Department/ Polk County Health Department
Job or Title (if known):
Street Address: 1290 Golfview Avenue
City and County: Bartow, Polk County
State and Zip Code: Florida 33830
Telephone Number: (863) 519-7900
E-mail Address (if known):

**Defendant No. 2**
Name: Joy Jackson
Job or Title (if known):
Street Address: 1290 Golfview Avenue
City and County: Bartow, Polk County
State and Zip Code: Florida 33830
Telephone Number: (863) 578 2101
E-mail Address (if known):

**Defendant No. 3**
Name: Leroy Dux
Job or Title (if known):
Street Address: 1255 Brice Blvd
City and County: Bartow, Polk County
State and Zip Code: Florida 33830
Telephone Number: 863 578 2101
E-mail Address (if known): Leroy.Dux@flhealth.gov

**Defendant No. 4**
Name: Tammy Durden
Job or Title (if known):
Street Address: 1290 Golfview Avenue
City and County: Bartow, Polk County
State and Zip Code: Florida 33830
Telephone Number:
E-mail Address (if known):

**Defendant No. 5**
Lisandra Sanchez-Crespo
9000 Victoria Park Lane #9108
Davenport, Polk County
Florida 33896

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Antonia Richmond, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) Florida Health Department/Polk County Health Dept.

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Additional Defendants:

② Joy Jackson
Florida

③ Leroy Dux
Florida

④ Tammy Durden
Florida

⑤ Lisandra Sanchez-Crespo
Florida

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, *(name)* Florida Health Department/ Polk County Health Department, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2,210,400, for unpaid wages ($10,400), and ($2,210,000) for pain and suffering damages plus any puba punitive damages

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$10,400 for unpaid wage from part-time position
$2,000,000 for Florida Health Department/Polk County Health Department and $50,000 each from Joy Jackson, Tammy Dwden, Leroy Dux and Lisandra Sanchez-Crespo for working together to discriminate against me, and firing me on a retaliatory action for my reports. Plus any other punitive damages for pain and suffering

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/1/19

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Antonia Richmond

### B. For Attorneys

Date of signing: 

Signature of Attorney: 

Printed Name of Attorney: 

Bar Number: 

Name of Law Firm: 

Street Address: 

State and Zip Code: 

Telephone Number: 

E-mail Address: