UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIA SOPHIE RICHMOND,

    Plaintiff,

v.      Case No: 8:19-cv-2865-T-36AAS

POLK COUNTY HEALTH DEPARTMENT, JOY JACKSON, LEROY DUX, TAMMY DURDEN and LISANDRA SANCHEZ-CRESPO,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 7, 2020 (Doc. 14). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 1) be DENIED, and Plaintiff's latest amended complaint (Doc. 13) be DISMISSED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   The Report and Recommendation of the Magistrate Judge (Doc. 12) is **DENIED** as moot.

(3)   Plaintiff's Motion for Leave to proceed *In Forma Pauperis* (Doc. 1) is **DENIED.**

(4)   Plaintiff's third amended complaint (Doc. 13) is **DISMISSED**.

(5)   The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Tampa, Florida on May 27, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record